Case 4:22-mj-01625   Document 1   Filed on 07/19/22 in TXSD   Page 1 of 3
Case 3:21-cr-00016-JM   Document 3   Filed 04/07/21   Page 1 of 3

United States Courts
Southern District of Texas
FILED

*July 19, 2022*

Nathan Ochsner, Clerk of Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 07 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:21CR 00016 JM |
| | ) | **4:22-mj-1625** |
| v. | ) | |
| | ) | |
| JUDAH FRANKHAGEN, | ) | 18 U.S.C. § 2113(a) |
| DRESHAWN ANTHONY, | ) | 18 U.S.C. § 371 |
| JOHN JOUBERT, | ) | |
| ALVIN JACKSON, | ) | |
| RONNIE O'BRYANT, JR., and | ) | |
| RECO ROSS | ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT 1

On or about September 2, 2020, in the Eastern District of Arkansas, the defendants,

JUDAH FRANKHAGEN,
DRESHAWN ANTHONY,
JOHN JOUBERT,
ALVIN JACKSON,
RONNIE O'BRYANT, Jr., and
RECO ROSS,

entered or attempted to enter a bank and any building used in whole or part as a bank, namely: an automated teller machine, hereinafter "ATM", belonging to Regions Bank, located at 617 Southwest Drive, Jonesboro, Arkansas, with intent to commit in such bank and building, and part thereof, a larceny and a felony affecting such bank.

All in violation of Title 18, United States Code, Section 2113(a).

#### COUNT 2

From in or about August 28, 2020 through in or about September 2, 2020, in the Eastern District of Arkansas and elsewhere, the defendants,

JUDAH FRANKHAGEN,

1

DRESHAWN ANTHONY,
JOHN JOUBERT,
ALVIN JACKSON,
RONNIE O'BRYANT, Jr., and
RECO ROSS,

voluntarily and intentionally conspired with each other, to take and carry away, with intent to steal and purloin, any property and money and any other thing of value exceeding $1000.00, belonging to, and in the care, custody, control, management, and possession of any bank, credit union, and any savings and loan association, in violation of Title 18, United States Code, Section 2113(b), and in furtherance of the conspiracy, one or more of the co-conspirators committed the following overt acts in the Eastern District of Arkansas and elsewhere:

1. The Grand Jury hereby realleges Count 1, as set forth above, word for word.

2. On or about August 29, 2020 the conspirators attempted to enter a bank and any building used in whole or part as a bank, namely: an automated teller machine, hereinafter "ATM", belonging to Bank of America, located at 3422 Ingersoll Avenue, Des Moines, Iowa, with intent to commit in such bank and building, and part thereof, a larceny and a felony affecting such bank.

3. On or about August 30, 2020 the conspirators attempted to enter a bank and any building used in whole or part as a bank, namely: an ATM, belonging to Regions Bank, located at 2851 86th Street, Urbandale, Iowa, with intent to commit in such bank and building, and part thereof, a larceny and a felony affecting such bank.

4. On or about August 30, 2020, the conspirators attempted to enter a bank and any building used in whole or part as a bank, namely: an ATM, belonging to Bank of America, located at 99 Northwest Highway, Crystal Lake, Illinois, with intent to commit in such bank and building, and part thereof, a larceny and a felony affecting such bank.

5. On or about August 31, 2020, the conspirators attempted to enter a bank and any

building used in whole or part as a bank, namely: an ATM, belonging to Bank of America, located at 1500 W. Irving Park Road, Hanover Park, Illinois, with intent to commit in such bank and building, and part thereof, a larceny and a felony affecting such bank.

6. From in or about August 28, 2020, through in or about September 2, 2020, the conspirators, used cars rented by other individuals to drive to various locations in other states, including Iowa, Illinois, and the Eastern District of Arkansas.

7. From in or about, August 28. 2020, through in or about September 2, 2020, JUDAH FRANKHAGEN, DRESHAWN ANTHONY, JOHN JOUBERT, ALVIN JACKSON, RONNIE O'BRYANT, Jr., and RECO ROSS, traveled to various locations in Iowa, Illinois, and the Eastern District of Arkansas.

8. On or about, August 29, 2020, the conspirators purchased tow chains and other burglary tools in Des Moines, Iowa.

9. From in or about August 28, 2020, through in or about September 2, 2020, the conspirators stole vehicles, namely: Ford F250, heavy-duty trucks, and other similar heavy-duty trucks, to drive onto bank property and parking lots for use in an attempted bank larceny. For example, on or about September 2, 2020, the conspirators stole a white Ford F250 from a hotel parking lot in Jonesboro, Arkansas.

10. From in or about August 28, 2020, through in or about September 2, 2020, the conspirators utilized and communicated by cellular telephone while traveling to various locations in other states, including Iowa, Illinois, and the Eastern District of Arkansas.

All in violation of Title 18, United States Code, Section 371.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]